IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY CONTRERAS,

    Plaintiff,

v.

BANK OF AMERICA, N.A.; EQUIFAX, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, N.A.,

    Defendants.

No. C 16-06315 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Bank of America, N.A.; Equifax, Inc.; Experian Information Solutions, Inc.; and Wells Fargo Bank, N.A., and against Kimberly Contreras. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE